**Order entered May 20, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00520-CV
### No. 05-19-00521-CV

### IN RE GENTRY S. LEONARD, Relator

**Original Proceeding from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause Nos. M18-62976-I & M18-62478-I**

## ORDER
Before Justices Brown, Schenck, and Reichek

Based on the Court's opinion of this date, we **DENY** relator's May 2, 2019 petition for

writ of mandamus.


/s/     AMANDA L. REICHEK
        JUSTICE